ACCEPTED
14-15-00599-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/28/2015 10:38:32 AM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 14-15-00599-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE FOURTEENTH COURT** |
| | § | |
| **VS.** | § | **OF APPEALS** |
| | § | |
| **ALBERT JAMES BROADNAX** | § | **OF TEXAS** |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/28/2015 10:38:32 AM
CHRISTOPHER A. PRINE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Albert James Broadnex, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 232nd District Court of Harris County, Texas.

2.      The case is styled *State of Texas vs. Albert James Broadnex,* and was given trial court cause number 1431505.

3.      Appellant was convicted of Possession of Controlled Substance, Penalty Group 1 ≤1 gram.

4.      Appellant was assessed a sentence to confinement in the Texas Department of Criminal Justice-Institutional Division for 18-months state jail on June 30, 2015.

5.      Notice of appeal was given on June 30, 2015.

6. A clerk's record was filed on September 1, 2015; and a reporter's record was filed with the Appeals Court on September 28, 2015.

7. Appellant's appellate brief is currently due on October 28, 2015.

8. Appellant requests an extension of time until November 30, 2015.

10. Appellant is currently on incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

I am a solo practioner. During this time I have had 21 felony and 10 misdemeanor court appearances in two counties. In addition, I had an ALR hearing. As a result, I have not yet been able to complete the Appellant's brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Celeste Blackburn
Attorney at Law
State Bar 24038803
333 N. Rivershire Drive, Suite 285
Conroe, Texas 77304

## CERTIFICATE OF SERVICE

This is to certify that on October 28, 2015, a true and correct copy of the above and foregoing document was mailed to Harris County District Attorney's Office, 1201 Franklin, Suite 300; Houston, Texas 77002.

Celeste Blackburn

**CAUSE NO. 14-15-00599-CR**

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE FOURTEENTH COURT |
| | § | |
| VS. | § | OF APPEALS |
| | § | |
| ALBERT JAMES BROADNAX | § | OF TEXAS |

**AFFIDAVIT**

**BEFORE ME,** the undersigned authority, on this day personally appeared Celeste Blackburn, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled causes. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Celeste Blackburn
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on *October 28, 2015*, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas



OMA FOUTZ CUMMINGS
Notary Public, State of Texas
My Commission Expires
October 16, 2016